UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARKEL K. LOKINSKI,

        Plaintiff,                         Case No. 1:25-cv-12483

v.                                      Honorable Thomas L. Ludington
                                             United States District Judge

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,                Honorable Patricia T. Morris
                                             United States Magistrate Judge

        Defendants.
_____/

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO 71B DISTRICT COURT**

In May 2025, Plaintiff Markel K. Lokinski sued Defendant Experian Information Solutions, Inc., and various other Defendants in the 71B District Court in Tuscola County, Michigan. *See generally* ECF Nos. 1; 1-1; *see also Linkinski v. Experian Information Solutions, et al.*, Case No. 2025-25-20745-GC (71B D. Ct. Tuscola Cnty., Mich.). Plaintiff contends that Defendants violated federal law by, among other things, failing to investigate a dispute he submitted regarding his credit report. *See* ECF No. 1-1 at PageID.16–23.

On August 7, 2025, Plaintiff filed a Notice of Removal, attempting to remove the case to federal court under 28 U.S.C. § 1441. ECF No. 1. He contemporaneously applied to proceed *in forma pauperis* (IFP). ECF No. 2. On August 12, 2025, this Court referred the case to Magistrate Judge Patricia T. Morris for all pretrial matters. ECF No. 6. That next day, Judge Morris granted Plaintiff's Application to Proceed IFP. ECF No. 7.

On August 19, 2025, Judge Morris issued a report (R&R) recommending that this Court remand this case 71B District Court in Tuscola County, Michigan. ECF No. 9. In so doing, Judge

Morris noted that 28 U.S.C. § 1441 allows only defendants to remove cases to federal court—not plaintiffs. *Id.* at PageID.222–23. As a result, Plaintiff's removal was improper. *Id.* at PageID.223.

Judge Morris provided the Parties 14 days to object, *id.* at PageID.223–24, but the Parties did not do so. Thus, they have forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in Judge Morris's R&R.

Accordingly, it is **ORDERED** that Magistrate Judge Patricia T. Morris's Report and Recommendation, ECF No. 9, is **ADOPTED.**

Further, it is **ORDERED** that this case be **REMANDED** to the 71B District Court in Tuscola County, Michigan.

Dated: September 10, 2025                             s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge